| | |
|---|---|
| KEVIN V. RYAN, CSBN 118321<br>United States Attorney<br>JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney<br>Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150<br>Assistant United States Attorney<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6915<br>FAX: (415) 436-6927<br><br>Attorneys for Defendants | *E-FILED 11/21/06* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMRAN ABBASS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>　　　　　Defendants. | No. C 06-5728-RS<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 06-5728-RS

| | |
|---|---|
| Date: November 20, 2006 | Respectfully submitted, |
| | KEVIN V. RYAN<br>United States Attorney |
| | |
| | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| | |
| Date: November 20, 2006 | /s/<br>ZAHEER ZAIDI<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 21, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

STIPULATION TO DISMISS
C 06-5728-RS